1008

Eace KENT, Appellant, v. W. W. HARRISON, U. S. Marshal for the Northern District of Florida, Appellee.

No. 7188.

Circuit Court of Appeals, Fifth Circuit.

Jan. 19, 1934.

Rehearing Denied Feb. 10, 1934.

R. P. Reese, of Pensacola, Fla., for appellant.

George Earl Hoffman, U. S. Atty., of Pensacola, Fla., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Frank LEWIS, Appellant, v. UNITED STATES of America, Appellee.

No. 7262.

Circuit Court of Appeals, Fifth Circuit.

Feb. 21, 1934.

Wm. C. Pierce and W. K. Zewadski, both of Tampa, Fla., for appellant.

John W. Holland, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers, 54 S. Ct.

434, 78 L. Ed. —— (opinion filed February 5, 1934), the judgment is reversed and annulled.

LIBERTY LACE & NETTING WORKS, Plaintiff-Appellee, v. ACME TEXTILES, Inc., and Max Nimkoff, Impleaded, etc., Defendants-Appellants.

No. 253.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Maxwell E. Sparrow, of New York City, for appellants.

Hans v. Briesen and Fred A. Klein, both of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

Mike LUZAICH, Appellant, v. UNITED STATES of America.

No. 9877.

Circuit Court of Appeals, Eighth Circuit.

Nov. 21, 1933.

Samuel P. Halpern, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., and James L. Krusemark, Asst. U. S. Atty., of Minneapolis, Minn.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of counsel for appellee.